**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DANIEL DENEZZA,** | : | **CIVIL ACTION NO. 3:05-CV-935** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **HARTFORD LIFE & ACCIDENT** | : | |
| **INSURANCE COMPANY,** | : | |
| **Defendant** | : | |

## **O R D E R**

Counsel having reported to the court that this action has been settled, **IT IS**

**HEREBY ORDERED THAT** this action is dismissed without costs and without

prejudice to the right of either party, upon good cause shown, to reinstate the

action within sixty (60) days if the settlement is not consummated.


　　S/ Christopher C. Conner
　　CHRISTOPHER C. CONNER
　　United States District Judge


Dated:　　November 7, 2005